M. Williams has a dower interest in one-half of said real property; and as so modified the judgment is affirmed, without costs of this appeal to either party. Findings of fact Nos. 2, 4, 5 and 6 are disapproved and reversed and new findings made. New findings, if not agreed upon, to be settled before Hubbs, P. J., on two days' notice. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REUBEN TIMERSON, Appellant.— Judgment of conviction affirmed. All concur.

BERTHA MAY PRATT, as Executrix, etc., of EARL W. PRATT, Deceased, Appellant, v. DAVID W. ASHTON, Respondent.— Judgment and order reversed on the facts, and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict of the jury is against the weight of the evidence upon the questions of the negligence of the defendant and contributory negligence of the deceased. All concur.

ETHEL A. MITCHELL, as Administratrix, etc., of JOSEPH T. MITCHELL, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur.

THEODORE STRAUCH, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment of the Special Term and judgment of the City Court of Buffalo reversed on the facts, and a new trial granted in the City Court, with costs in this court and in the Special Term to the appellant to abide event, on the ground that the verdict is against the weight of the evidence on the question of the negligence of the parties. All concur.

STELLA STRAUCH, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment of the Special Term and judgment of the City Court of Buffalo reversed on the facts, and a new trial granted in the City Court, with costs in this court and in the Special Term to the appellant to abide event, on the ground that the verdict is against the weight of the evidence on the question of the negligence of the parties. All concur.

ORA F. WEGER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

JESSIE R. RIDER, as Executrix, etc., of EMMA RIDER, Deceased, Respondent, v. THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.— Order affirmed, with costs. All concur, except Sears, J., who dissents and votes for reversal; Hubbs, P. J., not sitting.

JENNIE LANE, Respondent, v. GIOVANNI FIORI and Others, Defendants, Impleaded with CHARLES R. LANE and Another, Appellants.— Judgment affirmed, with costs. All concur; Crouch, J., not sitting.

JOHN H. STOCKER, Respondent, v. THOMAS L. SHEA and Another, Appellants. — Judgment and order affirmed, with costs. All concur.

MILLERS CO-OPERATIVE FRUIT GROWERS ASSOCIATION, INC., Respondent, v. OLIVE J. FÉDERSPIEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of the Application of ARTHUR W. ROGERS, Appellant, for an Order of Mandamus against HENRY F. MCCANN, as Mayor, and Others, Acting as Board of Police Commissioners of the City of Salamanca, New York, Respondents.— Order affirmed, with costs. All concur.

RICHARD CLAXTON HALLOCK, Appellant, v. IRVING R. FAIRCHILD, as Administrator De Bonis Non, etc., of GEORGE W. FAIRCHILD, Deceased, and as Committee,